UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CLIPPER WONSILD TANKERS HOLDING A/S, :

      Plaintiff,                   :     08 CV 2790 (LAK)
                                                 ECF CASE

- against -                       :

SH MARINE LTD.,                      :

      Defendant.                 :
-------------------------------------------------------X

### ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the above-entitled action has been settled and therefore, may be and is hereby discontinued, pursuant to Rule 41(a)(i)(ii) of the Federal Rules of Civil Procedure, with prejudice, without costs, and subject to the right, upon application made by any party within thirty (30) days of the entry of this Order, to reopen the action if the settlement is not fully consummated.

                                                      The Plaintiff,
                                                      CLIPPER WONSILD TANKERS HOLDING A/S,

                            By:   /s/ Lauren C. Davies
                                 Lauren C. Davies (LD 1980)
                                 Thomas L. Tisdale (TT 2162)
                                 TISDALE LAW OFFICES, LLC
                                 11 West 42nd Street, Suite 900
                                 New York, NY 10036
                                 (212) 354-0025 – phone
                                 (212) 869-0067 – fax
                                 ldavies@tisdale-law.com
                                 ttisdale@tisdale-law.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

The Defendant,
SH MARINE LTD.,

By: _____
Jon Werner (JW-5000)
Lyons & Flood
65 West 36th Street
New York, NY 10018

SO ORDERED:

_____
Honorable Lewis A. Kaplan, U.S.D.J.

5/22/08

-2-